FILED

MAY 2 7 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>EDER RAMIREZ-ARREDONDO,<br>Defendant. | ) | Criminal Case No. 08CR1709-H<br>I N F O R M A T I O N<br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Methamphetamine (Felony) |

The United States Attorney charges:

On or about August 25, 2006, within the Southern District of California, defendant EDER RAMIREZ-ARREDONDO did knowingly and intentionally import 500 grams and more, to wit: approximately 10 pounds, of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: May 26, 2008.

KAREN P. HEWITT
United States Attorney

MICHAEL J. CROWLEY
Assistant U.S. Attorney