AO 455(Rev. 5/85) Waiver of Indictment

FILED
MAY 27 2008

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

CESAR ALBERTO CASTELLANOS-DURAN

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR1706-LAB

I, CESAR ALBERTO CASTELLANOS-DURAN, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 5/27/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Defendant

Counsel for Defendant

Before
Judicial Officer