VICTOR MANUEL TORRES
California State Bar No. 140862
The Law Offices at Petco Park
406 Ninth Avenue, Suite 411
San Diego, California 92101
Telephone: (619) 232-8776
Facsimile: (619) 232-5854
lawforvatos@yahoo.com

Attorney for Defendant Eder Carlos Ramirez-Arredondo

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

**(HON. MARILYN L. HUFF)**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **Case No. 08CR1709-H** |
| | ) | |
| **Plaintiff,** | ) | **SUBSTITUTION OF ATTORNEY** |
| **v.** | ) | |
| | ) | |
| **EDER CARLOS RAMIREZ-ARREDONDO,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

EDER CARLOS RAMIREZ-ARREDONDO, defendant in the above-referenced matter, hereby substitutes Attorney VICTOR MANUEL TORRES, as his attorney of record in place and stead of the JOHN R. FIELDING, JR.

DATED: 06/25/08

EDER CARLOS RAMIREZ-ARREDONDO
Defendant

I CONSENT TO THE ABOVE SUBSTITUTION.

DATED: 6/26/08

JOHN R. FIELDING JR.

ABOVE SUBSTITUTION ACCEPTED.

DATED: 6/25/08

VICTOR MANUEL TORRES
Attorney at Law

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

**(HONORABLE MARILYN L. HUFF)**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>**Plaintiff,**<br>**vs.**<br>**EDER CARLOS RAMIREZ-ARREDONDO,**<br>**Defendant.** | **Case No. 08CR1299-H**<br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED:

I, VICTOR MANUEL TORRES, am a citizen of the United States of America over the age of eighteen years. My business address is 406 Ninth Avenue, Suite 311, San Diego, CA 92101.

I am not a party to the above-entitled action. I have caused service of the Defendant's Sentencing Memorandum and Sentencing Summary Chart on the following party by electronic filing with the Clerk of the Court using its ECF System, which electronically informs the party:

Michael J. Crowley, AUSA

I herby certify that I have caused to be mailed the foregoing, by the U.S. mail to the following non-ECF participants in this case:

None

at the last known address, at which place there is delivery service of U.S. mail.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 27, 2008.

s/ Victor Manuel Torres
VICTOR MANUEL TORRES