UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. EDER CARLOS RAMIREZ-ARREDONDO, Defendant. | ) | CASE NO. 08CR1709-H ORDER SUBSTITUTING RETAINED COUNSEL |

Motion to Substitute Retained Counsel having been made in the above-referenced matter, the Court being fully advised and good cause appearing therefore:

IT IS HEREBY ORDERED that Attorney Victor Manuel Torres shall be counsel of record for the defendant, and that John R. Fielding Jr., appointed counsel under the CJA, is relieved from further representation.

SO ORDERED.

DATE: July 7, 2008

Marilyn L. Huff

Hon. MARILYN L. HUFF
Judge, United States District Court