KAREN P. HEWITT
United States Attorney
MICHAEL J. CROWLEY
Assistant U.S. Attorney
California State Bar No. 168753
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-5733 /(619) 557-3445
Email: michael.crowley2@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>EDGAR CARLOS RAMIERZ-ARREDONDO,<br>Defendant. | Criminal Case No. 08cr1709-H<br>NOTICE OF APPEARANCE |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

| Name | CBN | Tele. No. | Email Address |
|---|---|---|---|
| Michael J. Crowley | 168753 | 619-557-5733 | michael.crowley2@usdoj.gov |

Effective this date, the following attorneys are no longer associated with this case and should not receive any further Notices of Electronic Filings relating to activity in this case:

| Name | CBN | Tele. No. | Email Address |
|---|---|---|---|
| N/A | | | |

DATED: July 7, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/ Michael J. Crowley
MICHAEL J. CROWLEY
Assistant United States Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>EDGAR CARLOS RAMIREZ-ARREDONDO,<br>Defendant. | Criminal Case No. 08cr1709-H<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, Michael J. Crowley, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **NOTICE OF APPEARANCE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Victor M. Torres, Esq.
John R. Fielding, Esq.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 7, 2008.

s/Michael J. Crowley
MICHAEL J. CROWLEY
Assistant U.S. Attorney