**VICTOR MANUEL TORRES**
California Bar No. 140862
The Law Office at Petco Park
406 Ninth Avenue, Suite 311
San Diego, CA 92101
Tel: (619) 232-8776
Fax: (619) 232-5854
lawforvatos@yahoo.com

Attorney for Defendant **Eder Carlos Ramirez-Arredondo**

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

**(HONORABLE MARILYN L. HUFF)**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**EDER CARLOS RAMIREZ-ARREDONDO,**<br><br>**Defendant.** | **Case No. 08CR1709-H**<br><br>**DATE: JULY 14, 2008**<br>**TIME: 2:00 P.M.**<br><br>**NOTICE OF MOTION & MOTION FOR LEAVE TO FILE FURTHER MOTIONS** |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY and
MICHAEL J. CROWLEY & TIMOTHY F. SALEL, ASSISTANT UNITED STATES ATTORNEYS:

PLEASE TAKE NOTICE that on July 14, 2008, at 2:00 p.m., or as soon thereafter as counsel may be heard, the Defendant, EDER CARLOS RAMIREZ-ARREDONDO, by and through his counsel, Victor Manuel Torres, will move this court for orders granting the motion made below.

**MOTION**

Defendant, EDER CARLOS RAMIREZ-ARREDONDO, by and through his counsel Victor Manuel Torres, pursuant to the Federal Rules of Criminal Procedure and all other applicable statutes and local rules for an order FOR LEAVE TO FILE FURTHER MOTIONS.

This motion is based on the instant motion, the notice of motion, the statement of facts, and the memorandum of points and authorities, the files and records in the above-entitled cause, and any and all other information that may be brought to the court's attention prior to or during the hearing of this motion.

DATED: 07/09/08 Respectfully submitted,

s/ *VICTOR MANUEL TORRES*
VICTOR MANUEL TORRES
Attorney for Mr. Ramirez-Arredondo

**VICTOR MANUEL TORRES**
California Bar No. 140862
The Law Office at Petco Park
406 Ninth Avenue, Suite 311
San Diego, CA 92101
Tel: (619)232-8776
Fax: (619)232-5854
lawforvatos@yahoo.com

Attorney for Defendant **EDER CARLOS RAMIREZ-ARREDONDO**

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

**(HONORABLE MARILYN L. HUFF)**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **Case No. 08CR1709-H** |
| **Plaintiff,** | ) | |
| **vs.** | ) | **MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTION** |
| **EDER CARLOS RAMIREZ-ARREDONDO,** | ) | |
| **Defendant.** | ) | |

## I.

## STATEMENT OF FACTS

This statement of facts and the facts discussed in the memorandum of points and authorities are strictly for the purpose of this motion and are not to be considered admissions by the defendant, Eder Carlos Ramirez-Arredondo. Mr. Ramirez expressly reserves the right to contradict, explain, amplify or otherwise discuss any of the facts mentioned here at trial or other proceedings.

According to the Probable Cause Statement attached to the initial Complaint in this matter, on August 25, 2007, based on intercepted wiretaps Mr. Ramirez was observed by investigating agents of the Drug Enforcement Administration meet with David Chavez (indicted elsewhere) at a gas station in Escondido. Mr. Ramirez allegedly followed David Chavez to the residence of Andres Chavez. Reportedly, several pounds of methamphetamine were unloaded by Mr. Ramirez at the Chavez residence. The alleged methamphetamine was never seized.

A traffic stop by National City Police Department officers, at the request of the investigating agents, identified Mr. Ramirez by name. Mr. Ramirez was cited for driving without a valid California driver's license and released. Based on the interception of eleven pounds from another individual believed to be a second courier on August 27, 2007, agents concluded that the alleged delivery by Mr. Ramirez two days prior, which was never seized, was consistent with the methamphetamine seized.

On April 26, 2008, Mr. Ramirez was interrogated crossing into the United States from Mexico and reportedly made certain incriminating statements.

To date, defense counsel has received no discovery.

## II.

## THE DEFENDANT REQUESTS LEAVE TO FILE FURTHER MOTIONS

The defendant, Eder Carlos Ramirez-Arredondo, requests leave to file further motions upon receipt of the items specifically requested in the discovery motion and not yet provided by the government and as events and these proceedings warrant.

## III.

## CONCLUSION

For the foregoing reasons the Defendant, EDER CARLOS RAMIREZ-ARREDONDO, respectfully requests that the court grant this motion.

DATED: 07/09/08 Respectfully submitted,

s/ *VICTOR MANUEL TORRES*
VICTOR MANUEL TORRES
Attorney for the Mr. Ramirez

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

**(HONORABLE MARILYN L. HUFF)**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **Case No. 08CR1299-H** |
| **Plaintiff,** | **CERTIFICATE OF SERVICE** |
| **vs.** | |
| **EDER CARLOS RAMIREZ-ARREDONDO,** | |
| **Defendant.** | |

IT IS HEREBY CERTIFIED:

I, VICTOR MANUEL TORRES, am a citizen of the United States of America over the age of eighteen years. My business address is 406 Ninth Avenue, Suite 311, San Diego, CA 92101.

I am not a party to the above-entitled action. I have caused service of the Defendant's Notice of Motion and Motion for Leave to File Further Motions on the following party by electronic filing with the Clerk of the Court using its ECF System, which electronically informs the party: Michael J. Crowley, AUSA

Timothy F. Salel, AUSA

I herby certify that I have caused to be mailed the foregoing, by the U.S. mail to the following non-ECF participants in this case:

None

at the last known address, at which place there is delivery service of U.S. mail.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 9, 2008.

s/ *Victor Manuel Torres*
VICTOR MANUEL TORRES