**VICTOR MANUEL TORRES**
California Bar No. 140862
The Law Office at Petco Park
406 Ninth Avenue, Suite 311
San Diego, CA 92101
Tel: (619)232-8776
Fax: (619)232-5854
lawforvatos@yahoo.com
Attorney for Defendant **Eder Carlos Ramirez-Arredondo**

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

**(HON. MARILYN L. HUFF)**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**EDER CARLOS RAMIREZ-ARREDONDO,**<br><br>**Defendant.** | **Case No. 08CR1709-H**<br><br>**DATE: July 14, 2008**<br>**TIME: 2:00 p.m.**<br><br>**MOTION FOR ORDER SHORTENING TIME** |

EDER CARLOS RAMIREZ-ARREDONDO, Defendant, by and through his counsel, moves this court for an Order Shortening Time in his Motions to Compel Discovery and for Leave to File Further Motions filed on July 9, 2008 via the CM/ECF system herewith to five (5) days, to be heard July 14, 2008 at 2:00 p.m., or as soon thereafter as counsel may be heard, for the following reasons: Counsel was ordered as counsel of record, substituting in place of appointed counsel on July 7, 2008, and unusual press of business.

DATED: 7/9/08

Respectfully submitted,

s/ VICTOR MANUEL TORRES

**VICTOR MANUEL TORRES**
Attorney for Mr. RAMIREZ