UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>EDER CARLOS RAMIREZ-ARREDONDO,<br>Defendant. | ) | CASE NO. 08CR1709-H<br>ORDER TO SHORTEN TIME |

Motion to Shorten Time having been made in the above-referenced matter, the Court being fully advised and good cause appearing therefore:

IT IS HEREBY ORDERED that the time for hearing the matter of Defendant's Motions to Compel Discovery and for Leave to File Further Motions, which are ordered filed herewith, in the above-referenced matter be shortened to FIVE (5) days, and that the matter be calendared for hearing on Monday, July 14, 2008, or as soon thereafter as counsel may be heard.

SO ORDERED.

DATE: July 10, 2008

Marilyn L. Huff

Hon. MARILYN L. HUFF
Judge, United States District Court